AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 5-23-07 |
| NAME OF SERVER (PRINT) MICHAEL CRUDELE | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

[✓] Served personally upon the defendant. Place where served: *Deft saw me coming thru door duck into Minisink Nigh Sch Minisink N.Y Office for 40 minutes then left Bldg. Drop papers off at Troop F HQ Crystal Run Rd Middletown N.Y Sgt Dawes*
Nicole Eli:

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on May 31, 2007
       Date

Signature of Server: *Michael Crudele*

Address of Server: *6C Hickory Dr Campbell Hall N.Y*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

P.O. Box 1005
Goshen, NY 10924

PERSONAL & CONFIDENTIAL

Tpr. Nicole E. Eli
c/o NYS Police, Troop F
55 Crystal Run Road
Middletown, NY 10940



P.O. Box 1005
Goshen, NY 10924

PERSONAL & CONFIDENTIAL

Tpr. Nicole E. Eli
c/o New York State Police
1220 Washington Avenue
Albany, NY 12226-2252

