UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
MALCTORZATA TROCKA,

                Plaintiff(s),

                                    **SCHEDULING ORDER**

    -against-                          07 Cv. 3718 (CLB) (LMS)

NICOLE D. ELI,

                Defendant(s).
---------------------------------------------------------X
Brieant, J.

      The above entitled case having been reassigned, a status conference of counsel be held in Courtroom 218, U.S. Courthouse, 300 Quarropas Street, White Plains, New York on October 25, 2007 at 10:30 A.M.

      The conference previously set for April 11, 2008 is cancelled.

SO ORDERED.

Dated: White Plains, New York
       October 19, 2007

                                                    */s/ Charles L. Brieant*
                                                   Charles L. Brieant, U.S.D.J.