UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
MALCTORZATA TROCKA,                         07-Civ.-3718 (CLB)

           Plaintiff,

    - against -                                          **NOTICE OF APPEARANCE
                                                       AND SUBSTITUTION OF**
NICOLE D. ELI, A MEMBER OF THE          **COUNSEL**
NEW YORK STATE POLICE,

           Defendant.
------------------------------------------------------x

**TO THE CLERK OF THE COURT:**

    **PLEASE TAKE NOTICE** that the undersigned, Assistant Attorney General Christopher L. Van De Water, appears as counsel on behalf of defendant Nicole D. Eli, a member of the New York State Police, and requests to receive notice of all docket events via the Electronic Case Filing System.

    **PLEASE TAKE FURTHER NOTICE** that defendant substitutes as counsel and as attorney of record Christopher L. Van De Water in the place and stead of Kevin McCaffrey. Please remove Kevin McCaffrey from all further Electronic Case Filing notifications in this matter. All papers and electronic Case filing notifications in this matter should be henceforth served on Christopher L. Van De Water, at the address listed below.

    I certify that I am admitted to practice before this Court.

Dated:    New York, New York
            December 12, 2007

                                      ANDREW M. CUOMO
                                      Attorney General of the
                                      State of New York
                                      <u>Attorney for Defendant</u>
                                      By:

                                      CHRISTOPHER L. VAN DE WATER
                                      (CLV-6588)
                                      Assistant Attorney General
                                      120 Broadway - 24th Floor
                                      New York, New York  10271
                                      (212) 416-8099